NORTON v. SWEARENGEN.

*Appeal from Mahaska District Court* — *Saturday, June* 24.

</div>

SUPREME COURT WILL NOT REVIEW A RULING TO WHICH NO EXCEPTIONS WERE TAKEN BELOW.

THE opinion of the court was announced by —

WRIGHT, Ch. J. — The defendant appeals, and assigns for error the giving of certain instructions. These instructions were not *excepted* to; and there is, therefore, nothing in the record which we can review. *Armstrong* v. *Pierson et al.*, 15 Iowa, 476; *Dudley* v. *Reid*, Id., 597; Rev., §§ 3106, 3108.

<div align="right">Affirmed.</div>

*Coulter & Seevers* for the appellant — *Seevers & Williams* for the appellee.